PROB 12A
(7/93)

Report Date: January 20, 2006

# United States District Court

### for the

### Eastern District of Washington

### Report on Offender Under Supervision
*(No Action Requested)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 23 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Andante Lamont Goldsby    Case Number: 2:02CR00307-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 11/07/2003    Type of Supervision: Supervised Release

Original Offense: Conspiracy to Manufacture and to Pass Counterfeit Obligations and Securities of the United States, 18 U.S.C. § 371

Date Supervision Commenced: 12/10/2004

Original Sentence: Prison - 366 days; TSR - 36 months

Date Supervision Expires: 12/09/2007

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1 | **Special Condition # 20:** You shall abstain from the use of alcohol and illegal controlled substances, and shall submit to urinalysis testing, including Breathalyzer testing, as directed by the supervising probation officer.
 | **Supporting Evidence**: On December 7, and December 22, 2005, the offender failed to report for random urinalysis testing at Second Chance-Iverson Center in Spokane, Washington. This information was provided by Iverson Center staff.

**U.S. Probation Officer Action**:

On December 8, 2005, this officer asked Mr. Goldsby why he had failed to appear for his urinalysis testing at Second Chance on December 7, 2005. He provided no explanation.

This officer met with the offender and his substance abuse counselor with Youth-Family-Adult (YFA), Connections in Spokane on December 27, 2005. Mr. Goldsby was advised that because he had missed another random urinalysis test at Iverson Center on December 22, 2005, and a random urine test with YFA on December 15, 2005, he was required to report to the probation office on January 4, 2006.

Prob12A
Re: Goldsby, Andante Lamont
January 20, 2006
Page 2

On January 4, 2006, the offender's drug testing at Iverson Center was increased from twice per month to four times per month. In addition, the offender agreed to sign a modification waiver of his conditions of supervision to require no more than 6 urine or breathalyzer tests per month.

Respectfully submitted,

by Brenda J. Kuest
U.S. Probation Officer
Date: January 20, 2006

JFVS [X] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Fred Van Sickle
Signature of Judicial Officer

January 23, 2006
Date